ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA,                                :

    -against-                                                      :     07 Cr. 37 (CLB)(LMS)

MICHAEL BELL, a/k/a "Boner",                            :

                                             :
                  Defendant.
                                             :
----------------------------------------------------------x

Brieant, J.

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated June 22, 2007, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

SO ORDERED.

Dated:          White Plains, New York
                   June 25, 2007

                                                      _____
                                                      Charles L. Brieant
                                                      United States District Judge